JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFIK DIAA RAMZY NASSIF,<br><br>Plaintiff,<br><br>v.<br><br>UR JADDOU, et al.,<br><br>Defendants. | No. 8:24-cv-02108-DOC-KES<br><br>**ORDER RE:**<br>**JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION [12]**<br><br>Honorable David O. Carter<br>United States District Judge |

    Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until October 6, 2025. Parties shall file a Motion to Lift Stay on or before October 10, 2025.

Dated: December 26, 2024

*/s/ David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE